FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY - 1 2015

CHRISTOPHER A. PRINE

CLERK

IN THE

FIRST DISTRICT COURT OF APPEALS

AT HOUSTON, TEXAS

| | | |
|---|---|---|
| JUSTIN WAYNE PARRIS | § | |
| Appellant | § | Court Of Appeals No. 01-14-00502-CR |
| V. | § | |
| THE STATE OF TEXAS | § | Trial Ct. Case No. 1352699 |
| Appellee | § | |

## APPELLANT'S FINAL MOTION FOR EXTENSION OF TIME

## TO FILE APPELLANT'S BRIEF / RESPONSE TO ANDERS' BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, JUSTIN WAYNE PARRIS, "Appellant," Pro Se in the above styled and numbered cause, and respectfully files this FINAL MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF / RESPONSE TO ANDERS' BRIEF, requesting an extension of at least thirty (30) days from the date on which he finally receives the completion of the records in this matter, in which to file his pro se response to Appellate Counsel's Anders' Brief. In support thereof, Appellant shows the Court the following extenuating circumstances:

### I.

On November 24, 2014, Appellant received notice from court appointed Appellate Counsel, stating that he had filed an Anders' Brief on Appellant's behalf.

### II.

Appellant filed his first motion for an extension of time on November 24, 2014; along with a motion to obtain a **complete** copy of the record. The Court granted the motion for extension of time on January 13, 2015, for 45 days from that date, and ordered the trial court to provide Appellant with a complete copy of the record within ten (10) days. On January 23, 2015, Appellant received an **incomplete copy** of the record. On February 20, 2015, Appellant filed a second motion for extension of time, notifying the Court that he had been provided with an incomplete copy of the record. The Court then granted the second extension of time, on March 12, 2015, for 45 days from that date, and ordered the trial court to provide Appellant with the record of the the pre-trial motion for suppression and the hearing

held on said motion, within ten (10) days of said order. As of this date, the trial court has neglected to provide Appellant with the record for the suppression hearing, as ordered by this Court. Appellant's current due date for his pro se Appellant's Brief / Response To Anders' Brief is April 27, 2015.

## III.

Appellant's request for an additional extension of time is based upon the facts, which he prays the Court will find to be "extraordinary circumstances":

a. Appellant is entitled to review a **complete copy** of the record, prior to submitting a response to counsel's Anders' Brief.

b. Appellant received an **incomplete record** from the trial court on January 23, 2015, which is missing his pre-trial Motion For Suppression of the evidence that was illegally obtained at the crime scene, and the transcript for the hearing that was held on said motion. Although the Court has ordered the trial court to provide Appellant with the missing portion of the record, the trial court has neglected to do so.

c. Appellant is unable to prepare an adequate response to counsel's Anders' Brief without the complete record of the case at hand, as he will possibly be forced to fail to bring something on direct appeal that should and can only be properly raised at this level of appeal. Such a denial will constitute a violation of Appellant's due process rights.

## PRAYER:

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Court will GRANT this MOTION and extend the deadline for filing a pro se brief in response to counsel's Anders' Brief in Appeal No. 01-14-00502-CR to at least 30 days from the date on which Appellant is finally provided with the completion of the record in this case. Appellant further prays for any other relief he may be entitled to.

I, **JUSTIN WAYNE PARRIS**, TDCJ # 1937601, being presently incarcerated in the French M. Robertson Unit of the Texas Department of Criminal Justice in Jones County, Texas; hereby verify and declare under penalty of perjury that the foregoing statements are true and correct; as well as offered in good faith.

SIGNED AND EXECUTED on this the 24th day of April, 2015.

RESPECTFULLY SUBMITTED,

/s/ _Justin Parris_____

**Appellant, Pro Se**

Justin Wayne Parris # 1937601
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

## CERTIFICATE OF SERVICE:

The above signer hereby certifies that a true and correct copy of the foregoing MOTION has been served on all parties, via 1st Class U.S. Mail, Postage Pre-Paid, dropped in the outgoing prison mailbox on this the 24th day of April, 2015; addressed to:

- Christopher A. Prine, Clerk
  First Court of Appeals
  301 Fannin Street
  Houston, Texas 77002-2066

- Alan Curry
  Chief Prosecutor, Appellate Division
  Harris County District Attorney's Offfice
  1201 Franklin, Suite 600
  Houston, Texas 77002-1923

JWP-awr-File
*******************************************************************************

[ THIS SPACE INTENTIONALLY LEFT BLANK ]

**JUSTIN WAYNE PARRIS # 1937601**
French M. Robertson Unit, 12071 F.M. 3522, Abilene, Texas 79601
_____

April 24, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY - 1 2015

CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE: FINAL MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF
: APPEAL NO. 01-14-00502-CR

Dear Clerk:

Greetings! I pray this finds you in the best of health and spirits. Please find enclosed my pro se FINAL MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF / RESPONSE TO ANDERS' BRIEF. I ask that you file this immediately and bring it to the Court's attention at your earliest convenience.

I further request that you notify me of any action taken on this MOTION, in a timely manner.

Please return to me a date/time stamped copy of this letter, at the address below.

Your assistance in this very important matter is greatly appreciated.

Respectfully,

/s/ _Justin Parris_
Appellant, Pro Se

Justin Wayne Parris # 1937601
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

JWP/awr-File

Justin Parris #193760

Justin Wayne Parris # 1937601
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

ABILENE TX 796

28 APR 2015 PM 1 L

CHRISTOPHER A. PRINE, CLERK
FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TEXAS
77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY - 1 2015

CHRISTOPHER A. PRINE
CLERK

* LEGAL MAIL *